## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   26-00707 |
| TEIAMA A. SIPPIO | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Michael B. Slade |
| | ) | |
| | ) | Lake County |
| | ) | |
| Debtor(s) | ) | |

### ORDER EXTENDING DEADLINE TO FILE REAFFIRMATION AGREEMENT

THIS MATTER COMING TO BE HEARD on the Debtor's Motion (Dkt. No. 19), the Court having jurisdiction, with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED THAT:

1) Pursuant to Bankruptcy Rule 4008(a), the Debtor's deadline to file a reaffirmation agreement with Wells Fargo Auto concerning the 2019 Jeep Compass is extended to May 8, 2026.

Enter:

Honorable Michael B. Slade
United States Bankruptcy Judge

Dated:  April 27, 2026

**Prepared by:**

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600
lincoln@cutlerltd.com